

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

FILED OCT 14 2010 BANKRUPTCY COURT BUFFALO, N.Y.

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 253.85 IN 2 CHECKS
CHECK # 15234 FOR $ 189.84
CHECKS # 15235 FOR $ 64.01
Representing unclaimed funds.

DATED: 10-13-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 110850 | ESAU | 0815256 | 5.01 | CHAPTER 7 TRUSTEE – MARK SCHLANT | | | | |
| 110858 | DOBINSKI | 0913334 | 5.00 | CHAPTER 7 TRUSTEE – HAROLD BULAN | | | | |
| 110859 | ANTHONY | 0913860 | 5.00 | CHAPTER 7 TRUSTEE – MARK WALLACH | | | | |
| 112823 | GRZECHOWIAK | 0515941 | 22.15 | GREAT/NATIONSBANK | C/O NCO FINANCIAL SYSTEMS | 507 PRUDENTIAL ROAD | HORSHAM PA | 19044 |
| 112828 | GRZECHOWIAK | 0515941 | 10.09 | GREAT/PNC BANK | C/O NCO FINANCIAL SYSTEMS | 507 PRUDENTIAL ROAD | HORSHAM PA | 19044 |
| 113053 | RIFORGIAT | 0590136 | 73.06 | HSBC BANK USA | P.O. BOX 2103 | 507 PRUDENTIAL RD | HORSHAM PA | 19044 |
| 113054 | RIFORGIAT | 0590136 | 53.28 | HSBC BANK USA | P.O. BOX 2103 | 507 PRUDENTIAL RD | HORSHAM PA | 19044 |
| 113116 | DRUMMOND | 0516299 | 16.25 | HSBC CARD SERVICES | P.O. BOX 1323 | | BUFFALO NY | 14240 |
| | | | | | P.O. BOX 1323 | | BUFFALO NY | 14240 |
| | | | | | | | BUFFALO NY | 14240 |
| | | | | | | | BUFFALO NY | 142409722 |
| | | | | | | | BUFFALO NY | 142409722 |
| 115795 | GOBLE | 0417695 | 1.16 | WILLIAM & KELLY GOBLE | 770 EAST AND WEST ROAD | | W. SENECA NY | 14224 |
| 115800 | SCHRAGEL | 0511320 | 1.71 | ARTHUR & ROBIN SCHRAGEL | 195 CRESTMOUNT AVE., #4 | | TONAWANDA NY | 14150 |
| 115829 | AKSENCZYK | 0519792 | 3.04 | GRAZYNA AKSENCZYK | 43 FAIRELM LANE | | CHEEKTOWAGA NY | 142271357 |
| 115832 | SWIFT | 0600492 | 19.94 | CHRISTOPHER & MARY SWIFT | 3411 EMERLING DRIVE | | BLASDELL NY | 14219 |
| 115853 | STANEK | 0701697 | 5.00 | JARETT P STANEK | 1169 SIERK ROAD | | ATTICA NY | 14011 |
| 115855 | DEGOLIER | 0702848 | 3.13 | AUDREY J DEGOLIER | 6265 SOUTH STOCKTON-CASSADAG | | SINCLAIRVILLE NY | 14782 |
| 115859 | BRADY | 0810328 | 5.00 | CHRISTIAN E BRADY | 41 LITCHFIELD AVE. | | DEPEW NY | 14043 |
| 115861 | WILLIAMS | 0811806 | 5.01 | ANTHONY R WILLIAMS | 94 COLORADO AVENUE 2 FL. | | BUFFALO NY | 14211 |
| 115863 | ROOF | 0812784 | 5.00 | CHARLES & JOYCE ROOF | 4169 LAWSON ROAD | | JAMESTOWN NY | 14701 |

Ck# 15234
Ck# 15235
64.01

FILED OCT 14 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Page 1 of 2

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 115867 | RENTZ | 0910145 | 5.02 | DANIEL & MARY JO RENTZ | 910 HIGHLAND AVENUE | | TONAWANDA NY | 14223 |
| 115869 | WISNIEWSKI | 0910602 | 5.00 | DEBORAH & DARREL WISNIEWSK | 62 ALDEN AVE. | | BUFFALO NY | 14216 |
| 115863 | MURPHY | 0915055 | 5.00 | LISA A MURPHY | 119 LAKEVIEW AVENUE | | JAMESTOWN NY | 14701 |



FILED OCT 14 2010 BANKRUPTCY COURT BUFFALO, N.Y.